|   |   |
|---|---|
| KEVIN LAMAR PORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. AMEZCUA, et al.,<br><br>　　　　Defendants. | Case No.: 1:23-cv-1491 JLT BAM<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS AND DISMISSING WITHOUT PREJUDICE DEFENDANTS JOHN DOE 1-5 AND JANE DOE 1-2<br><br>(Doc. 44) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Keven Lamar Porter asserts he suffered violations of his civil rights while incarcerated at Corcoran State Prison and seeks to hold correctional officers—including several "Doe" defendants—liable pursuant to 42 U.S.C. § 1983. (*See generally* Doc. 28.) Although the Court ordered Plaintiff to file a motion to substitute the identifies of the "Doe" defendants (Doc. 32), Plaintiff failed to do so. Because Plaintiff did not provide sufficient information to effect service upon the "Doe" defendants, the magistrate judge recommended the Court dismiss the "Doe" defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 44.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 44 at 3.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-839 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

1

1    According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having
2 carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported
3 by the record and proper analysis.  Thus, the Court **ORDERS**:
4    1.    The Findings and Recommendations dated February 20, 2025 (Doc. 44) are
5          **ADOPTED** in full.
6    2.    The claims against Defendants John Doe 1-5 and Jane Doe 1-2 are **DISMISSED**
7          without prejudice.
8    3.    Defendants John Doe 1-5 and Jane Doe 1-2 are **DISMISSED** as defendants.

IT IS SO ORDERED.

Dated:    **March 17, 2025**                              _____
                                                          UNITED STATES DISTRICT JUDGE

2